**Order entered July 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00266-CR

### BYRON WILSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-56146-Q**

## ORDER

The reporter's record was filed April 22, 2019. Missing from the record are all of the exhibits, specifically the State's Exhibits #1 (incident report), #2 (incident report), #3 (affidavit), and #4 (DVD) as well as Defense Exhibit #1 (arrest report). We **ORDER** court reporter Karren Jones to file a supplemental reporter's record containing true and correct viewable or playable copies of these exhibits within **FOURTEEN DAYS** of the date of this order.

/s/    BILL PEDERSEN, III
       JUSTICE